**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 11-20800-CIV-SEITZ/O'SULLIVAN**

JOSE GUERVARA )
)
    Plaintiff, )
)
vs. )
)
AUTO-CHLOR SERVICES, LLC, )
)
    Defendant. )
_____/

**AUTO-CHLOR SERVICES, LLC'S CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to Federal Rules of Civil Procedure, 7.1:

1. All parent corporations and any publicly held corporation owning 10% or more of its stock.

Easthold LLC is the parent corporation of Auto-Chlor.

Dated: April 18, 2011        Respectfully submitted,

/s/ Laurie M. Chess
Laurie M. Chess
Florida Bar Number: 657751
Attorney for Defendant
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, L.L..
601 Brickell Key Drive, Suite 500
Miami, FL 33131
Telephone: 305-679-5728
Facsimile: 305-679-5710
Email: lchess@joneswalker.com

{M0210903.1}

1

**Certificate of Service**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF.  I also hereby certify that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on this 18th of April, 2011, on the Service List below.

/s/ Laurie M. Chess
Laurie M. Chess

**SERVICE LIST**

Bradley H. Trushin
Douglas Schapiro
btrushin@ctllp.com
dschapiro@ctllp.com
Chepenik Trushin, LLP
12550 Biscayne Boulevard, Suite 904
Miami, FL 33181
Telephone:  305-981-8889
Facsimile: 305-405-7979
Attorneys for Plaintiff
Jose Guervara