UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-20800-CIV-SEITZ/O'SULLIVAN

JOSE GUEVARA,

    Plaintiff,

v.

AUTO-CHLOR SERVICES, LLC

    Defendant.

_____/

## ORDER ADOPTING FINDINGS OF MAGISTRATE JUDGE AND DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court upon the Order Approving Settlement Agreement and Recommending that this Case be Dismissed with Prejudice [DE-15] entered by Magistrate Judge O'Sullivan. On April 21, 2011, Magistrate Judge O'Sullivan conducted a fairness hearing on the parties' settlement of this Fair Labor Standards Action and determined that the compromise reached by the parties, including the resolution of costs and attorneys' fees, was a "fair and reasonable" outcome of the parties' bona fide disputes under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Therefore, upon review, it is hereby

ORDERED that

(1)     Magistrate Judge O'Sullivan's findings are ADOPTED.

(2)     All pending motions not otherwise ruled upon are DENIED AS MOOT.

(3)     The Court shall retain jurisdiction of this matter to enforce the terms of the settlement until June 9, 2011.

(4)     This case is DISMISSED WITH PREJUDICE and this case is CLOSED.

DONE and ORDERED in Miami, Florida, this 22nd day of April 2011.

                                                      PATRICIA A. SEITZ
                                                      UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record